# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-00034-KDB-DSC

| | |
|---|---|
| **NORTH CAROLINA BAPTIST HOSPITALS, INC. et. al.,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| **WAYNE HOWARD DULA et. al.,** ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Thomas M. Christina]" (document #2) filed March 13, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 16, 2020

David S. Cayer
United States Magistrate Judge